```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 47419
   MARK S SMITH
   ANN M SMITH                                CHAPTER 13

                                              JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-7057    SSN XXX-XX-2815
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/10/05 and confirmed on 02/09/06.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  24360.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| TAYLOR BEAN & WHITAKER M | CURRENT MORTG | .00 | .00 | .00 |
| GMAC PAYMENT CENTER | SECURED VEHIC | 8006.02 | 972.71 | 8006.02 |
| DUPAGE COUNTY REIMBURSEM | PRIORITY | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 1600.05 | .00 | 308.61 |
| AMOCO OIL CO | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 6652.53 | .00 | 1283.13 |
| CAPITAL ONE BANK | UNSECURED | 7666.25 | .00 | 1478.65 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 10951.19 | .00 | 2112.25 |
| DISCOVER BANK | UNSECURED | 6402.23 | .00 | 1234.85 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 28322.34 | .00 | 5462.76 |
| ECAST SETTLEMENT CORP | UNSECURED | 3638.78 | .00 | 701.84 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1556.64 | .00 | 300.24 |
| JAMES M PHILBRICK | ADMINISTRATIV | 400.00 | .00 | 400.00 |

         Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 8006.02 | 400.00 | 66790.01 | .00 | 75196.03 |
| PRINCIPAL PAID | 8006.02 | 400.00 | 12882.33 | .00 | 21288.35 |
| INTEREST PAID | 972.71 | .00 | .00 | .00 | 972.71 |
| TOTAL PAID | 8978.73 | 400.00 | 12882.33 | .00 | 22261.06 |

The Debtor's attorney, SPRINGER BROWN COVEY GAERTNER , was allowed $   2200.00
and was paid $   1306.00  direct and $    894.00  through the plan.

The Trustee received $   1204.94 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability

in this case.


Dated: 10/08/08                              /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE









                              PAGE   2
         CASE NO. 05 B 47419 MARK S SMITH & ANN M SMITH